# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV10-05784 JAK | Date | June 17, 2011 |
|---|---|---|---|
| Title | In Re Shmuel Erde<br>Pebble Creek Realty, Inc. v. Shmeul Erde, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL [20]**

On June 10, 2011, a Stipulation to Extend Briefing Schedule [20] was filed notifying the Court that the parties entered into a settlement agreement. The Court sets an Order to Show Cause re Dismissal of the Bankruptcy Appeal for July 25, 2011 at 10:30 a.m. If the parties file a dismissal by July 22, 2011, the matter will be taken off calendar and no appearance by counsel will be required.

Counsel is ordered to notify the clerk of this Court by July 13, 2011, as to the ruling on the motion to approve compromise, currently on calendar for July 12, 2011, before the Honorable Peter Carroll of the Bankruptcy Court.

The briefing schedule set forth in the June 9, 2011 Order is vacated.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer    ak